**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: ALLEGIANT SECURITIES, LLC          §          Case No. 13-13408-BKC-RAM
                                                                            §
                                                                            §
                                                                            §
            Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

     Barry Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $127,339.91 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,200.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $21,800.00 | | |

     3) Total gross receipts of $23,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $23,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $42,403.80 | $21,800.00 | $21,800.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $422,222.46 | $317,463.80 | $317,463.80 | $1,200.00 |
| **TOTAL DISBURSEMENTS** | $422,222.46 | $359,867.60 | $339,263.80 | $23,000.00 |

4) This case was originally filed under chapter 7 on 02/15/2013. The case was pending for 72 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    02/01/2019          By: /s/ Barry Mukamal
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADV. NO 15-1108 - DELVIS LLANES | 1241-000 | $1,500.00 |
| ADV. NO 15-1107 - MARK WHERRY | 1241-000 | $1,500.00 |
| ADV. NO 15-1112 - MARK KOLLAR | 1241-000 | $2,500.00 |
| ADV. NO 15-1105 - AFSI | 1241-000 | $7,444.48 |
| ADV. NO 15-1106 - MELISSA LEYVA | 1241-000 | $509.99 |
| ADV. NO 15-1104 - AFALLC | 1241-000 | $2,045.53 |
| ADV. NO 15-1114 - FIRST INSURANCE FUNDING | 1241-000 | $7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$23,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Barry E. Mukamal | 2100-000 | NA | $1,483.61 | $1,483.61 | $1,483.61 |
| Trustee, Expenses - Barry Mukamal | 2200-000 | NA | $45.42 | $22.09 | $22.09 |
| Accountant for Trustee, Fees - KapilaMukamal, LLP | 3310-000 | NA | $2,208.60 | $1,074.33 | $1,074.33 |
| Accountant for Trustee, Expenses - KapilaMukamal, LLP | 3320-000 | NA | $19.02 | $9.25 | $9.25 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $3,500.00 | $1,702.51 | $1,702.51 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $801.45 | $801.45 | $801.45 |
| Attorney for Trustee Fees (Other Firm) - James B. Miller PA | 3210-000 | NA | $30,000.00 | $14,592.89 | $14,592.89 |
| Attorney for Trustee Expenses (Other Firm) - James B. Miller PA | 3220-000 | NA | $1,957.70 | $952.28 | $952.28 |
| Accountant for Trustee Fees (Other Firm) - Marcum LLP | 3410-000 | NA | $2,388.00 | $1,161.59 | $1,161.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$42,403.80** | **$21,800.00** | **$21,800.00** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | Peter L. Borowski | 7100-000 | $8,353.74 | $10,990.48 | $10,990.48 | $799.77 |
| 2-1 | Department Of The Treasury | 7100-000 | $0.00 | $3,000.00 | $3,000.00 | $218.31 |
| 3 | Mark Kollar | 7200-000 | NA | $20,973.32 | $20,973.32 | $0.00 |
| 4 | Wayland Wilson Moore | 7200-000 | $140,000.00 | $140,000.00 | $140,000.00 | $0.00 |
| 5 | Wayland Wilson Moore | 7200-000 | NA | $140,000.00 | $140,000.00 | $0.00 |
| ECF 59 | Mark Kollar | 7100-000 | NA | $2,500.00 | $2,500.00 | $181.92 |
| N/F | A & S Collection Asssociates, Inc. | 7100-000 | $1.00 | NA | NA | NA |
| N/F | AXA Equitable Life Insurance Company | 7100-000 | $1.00 | NA | NA | NA |
| N/F | BizFilings | 7100-000 | $167.00 | NA | NA | NA |
| N/F | Capital Markets Compliance LLC | 7100-000 | $4,389.79 | NA | NA | NA |
| N/F | Davidoff Law Firm, LLC | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Dennis Flanagan | 7100-000 | $1.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $750.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $2,200.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $750.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $2,200.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $425.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | FINRA | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $425.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $2,200.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $1,725.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $1,700.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $1,450.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $950.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $875.00 | NA | NA | NA |
| N/F | FINRA | 7100-000 | $56.25 | NA | NA | NA |
| N/F | Financial Industry Regulatory Authority | 7100-000 | $1.00 | NA | NA | NA |
| N/F | FoxTrot, LLC | 7100-000 | $5,634.81 | NA | NA | NA |
| N/F | Global Relay Communications, Inc. | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Harry Hammond | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Jacobson, Sobo & Moselle, PA | 7100-000 | $1.00 | NA | NA | NA |
| N/F | John Reeves & Associates, PA C/O John Reeve | 7100-000 | $40,000.00 | NA | NA | NA |
| N/F | Law Offices Of Aaron Resnick | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Law Offices Of Kenneth Freed | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Law Offices of Rodney Vincent Meridian Park Bld | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Locke Lord Bissell & Liddell, LLP | 7100-000 | $149,120.28 | NA | NA | NA |
| N/F | Matson Money, Inc. | 7100-000 | $9,000.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Ms. Allison L. Phillips FINRA Dispute Resolution | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Ms. Nicole C. Haynes FINRA Dispute Resolution | 7100-000 | $1.00 | NA | NA | NA |
| N/F | NYSE | 7100-000 | $1,177.00 | NA | NA | NA |
| N/F | Presido Network Solutions | 7100-000 | $1.00 | NA | NA | NA |
| N/F | QuoteMedia | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Richard W. Paul C/O Law Offices Of Peter C. Rageas | 7100-000 | $43,954.74 | NA | NA | NA |
| N/F | State Of California | 7100-000 | $1.00 | NA | NA | NA |
| N/F | State Of New Hampshire Bureau Of Securities Regulation | 7100-000 | $2,025.00 | NA | NA | NA |
| N/F | United Omaha Life Insurance Company Mutual Of Omaha Plaza | 7100-000 | $177.85 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$422,222.46** | **$317,463.80** | **$317,463.80** | **$1,200.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 13-13408-BKC-RAM
Case Name: ALLEGIANT SECURITIES, LLC
For Period Ending: 02/01/2019

Trustee Name: (290830) Barry Mukamal
Date Filed (f) or Converted (c): 02/15/2013 (f)
§ 341(a) Meeting Date: 03/27/2013
Claims Bar Date: 06/25/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHASE CHECKING A/N 3767 | 100.00 | 100.00 | | 0.00 | FA |
| 2 | CHASE CHECKING A/N 8886 | 70.00 | 70.00 | | 0.00 | FA |
| 3 | CHASE CHECKING A/N 8894 | 50.00 | 50.00 | | 0.00 | FA |
| 4 | ACCOUNTS RECEIVABLE | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 5 | AUTOMOBILES AND OTHER VEHICLES | 0.00 | 0.00 | | 0.00 | FA |
| 6 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 0.00 | 0.00 | | 0.00 | FA |
| 7 | INVENTORY | 0.00 | 0.00 | | 0.00 | FA |
| 8 | ADV. NO 15-1104 - AFALLC (u)<br>ECF #30 | 99,870.00 | 99,870.00 | | 2,045.53 | FA |
| 9 | ADV. NO 15-1105 - AFSI (u)<br>ECF #31 | 363,469.25 | 363,469.25 | | 7,444.48 | FA |
| 10 | ADV. NO 15-1106 - MELISSA LEYVA (u)<br>Dismissed | 24,903.85 | 24,903.85 | | 509.99 | FA |
| 11 | ADV. NO 15-1107 - MARK WHERRY (u)<br>Dismissed | 25,025.22 | 25,025.22 | | 1,500.00 | FA |
| 12 | ADV. NO 15-1108 - DELVIS LLANES (u) | 132,166.64 | 132,166.64 | | 1,500.00 | FA |
| 13 | ADV. NO 15-1109 - DAVIDOFF LAW FIRM (u)<br>Dismissed. | 19,557.50 | 19,557.50 | | 0.00 | FA |
| 14 | ADV. NO 15-1110 - ERGIO HERNANDEZ (u)<br>Dismissed. | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 15 | ADV. NO 15-1111 - ALAN FOLLENDORF (u)<br>Dismissed | 22,562.41 | 22,562.41 | | 0.00 | FA |
| 16 | ADV. NO 15-1112 - MARK KOLLAR (u) | 25,500.00 | 25,500.00 | | 2,500.00 | FA |
| 17 | ADV. NO 15-1114 - FIRST INSURANCE FUNDING (u)<br>Dismissed | 29,955.94 | 29,955.94 | | 7,500.00 | FA |
| 17 | Assets Totals (Excluding unknown values) | **$828,230.81** | **$828,230.81** | | **$23,000.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 13-13408-BKC-RAM
**Case Name:** ALLEGIANT SECURITIES, LLC
**For Period Ending:** 02/01/2019

**Trustee Name:** (290830) Barry Mukamal
**Date Filed (f) or Converted (c):** 02/15/2013 (f)
**§ 341(a) Meeting Date:** 03/27/2013
**Claims Bar Date:** 06/25/2013

**Major Activities Affecting Case Closing:**

The Trustee through his attorney filed 10 adversaries. The Estate has recovered $23,000 .

ADV No. 15-1104 - Closed. Settlement.
ADV No. 15-1105 - Closed. Settlement.
ADV No. 15-1106 - Closed. Settlement.
ADV No. 15-1107 - Closed. Settlement.
ADV No. 15-1108 - Closed. Settlement.
ADV No. 15-1109 - Closed. Complaint Dismissed.
ADV No. 15-1110 - Closed. Complaint Dismissed.
ADV No. 15-1111 - Closed. Complaint Dismissed.
ADV No. 15-1112 - Closed. Settlement.
ADV No. 15-1114 - Closed. Settlement.

Claims review complete. Estate final tax return filed.

06/23/14 - Order approving employment of Trustee's accountant, Barry E. Mukamal CPA of KapilaMukamal, LLP
08/28/13 - Order approving employment of Trustee's accountants, Marcum LLP, terminated as of 04/30/14
04/09/13 - Court order granting employment of Trustee's attorney, Jim Miller, Esq,

**Initial Projected Date Of Final Report (TFR):** 06/30/2014    **Current Projected Date Of Final Report (TFR):** 06/22/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

|  | Form 2 | | | | Exhibit 9 | |
|---|---|---|---|---|---|---|
|  | **Cash Receipts And Disbursements Record** | | | | Page: 1 | |

| Case No.: | 13-13408-BKC-RAM | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | ALLEGIANT SECURITIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2408 | Account #: | ******8466 Checking Account |
| For Period Ending: | 02/01/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/29/15 | {17} | First Insurance Funding | ADV #15-1114. Full settlement; court ordered (ECF #54) | 1241-000 | 7,500.00 | | 7,500.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,490.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.77 | 7,479.23 |
| 11/02/15 | {11} | Wherry and Associates | ADV #15-1107. Full settlement. Court ordered (ECF #54) | 1241-000 | 1,500.00 | | 8,979.23 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.26 | 8,966.97 |
| 12/22/15 | | Allegiant Financial Advisors LLC | Payment #1; court ordered (ECF #54) | | 375.00 | | 9,341.97 |
| | {8} | | Allocation Asset #8    $76.71 | 1241-000 | | | 9,341.97 |
| | {9} | | Allocation Asset #9    $279.17 | 1241-000 | | | 9,341.97 |
| | {10} | | Allocation Asset #10    $19.12 | 1241-000 | | | 9,341.97 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.34 | 9,327.63 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.93 | 9,314.70 |
| 02/05/16 | | Allegiant Financial Advisors, LLC | Payment #2, Court Ordered (ECF #54) | | 375.00 | | 9,689.70 |
| | {8} | | Allocation Asset #8    $76.71 | 1241-000 | | | 9,689.70 |
| | {9} | | Allocation Asset #9    $279.17 | 1241-000 | | | 9,689.70 |
| | {10} | | Allocation Asset #10    $19.12 | 1241-000 | | | 9,689.70 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.09 | 9,676.61 |
| 03/02/16 | | Allegiant Financial Advisors LLC | Payment #3; court ordered (ECF #54) | | 375.00 | | 10,051.61 |
| | {8} | | Allocation Asset #8    $76.71 | 1241-000 | | | 10,051.61 |
| | {9} | | Allocation Asset #9    $279.17 | 1241-000 | | | 10,051.61 |
| | {10} | | Allocation Asset #10    $19.12 | 1241-000 | | | 10,051.61 |
| | | | **Page Subtotals:** | | **$10,125.00** | **$73.39** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 13-13408-BKC-RAM | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | ALLEGIANT SECURITIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2408 | Account #: | ******8466 Checking Account |
| For Period Ending: | 02/01/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/23/16 | {12} | Delvis Llanes | Payment #1; court ordered ECF #60 | 1241-000 | 1,500.00 | | 11,551.61 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.34 | 11,535.27 |
| 04/08/16 | | Allegiant Financial Advisors LLC | Payment #4; court ordered (ECF #54) | | 375.00 | | 11,910.27 |
| | {8} | | Allocation Asset #8  $76.71 | 1241-000 | | | 11,910.27 |
| | {9} | | Allocation Asset #9  $279.17 | 1241-000 | | | 11,910.27 |
| | {10} | | Allocation Asset #10  $19.12 | 1241-000 | | | 11,910.27 |
| 04/18/16 | | Allegiant Financial Advisors LLC | Payment #5; court ordered (ECF #54) | | 375.00 | | 12,285.27 |
| | {8} | | Allocation Asset #8  $76.71 | 1241-000 | | | 12,285.27 |
| | {9} | | Allocation Asset #9  $279.17 | 1241-000 | | | 12,285.27 |
| | {10} | | Allocation Asset #10  $19.12 | 1241-000 | | | 12,285.27 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.56 | 12,268.71 |
| 05/03/16 | {16} | Mark A. Kollar | Full settlement; Adv #15-1112; court ordered ECF #60 | 1241-000 | 2,500.00 | | 14,768.71 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.99 | 14,748.72 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.27 | 14,725.45 |
| 07/08/16 | | Allegiant Financial Advisors LLC | Payment #6-7; court ordered (ECF #54) | | 750.00 | | 15,475.45 |
| | {8} | | Allocation Asset #8  $76.71 | 1241-000 | | | 15,475.45 |
| | {8} | | Allocation Asset #8  $76.71 | 1241-000 | | | 15,475.45 |
| | {9} | | Allocation Asset #9  $279.17 | 1241-000 | | | 15,475.45 |
| | {9} | | Allocation Asset #9  $279.17 | 1241-000 | | | 15,475.45 |
| | {10} | | Allocation Asset #10  $19.12 | 1241-000 | | | 15,475.45 |
| | | | Page Subtotals: | | $5,500.00 | $76.16 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 13-13408-BKC-RAM | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | ALLEGIANT SECURITIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2408 | Account #: | ******8466 Checking Account |
| For Period Ending: | 02/01/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {10} | | Allocation Asset #10 $19.12 | 1241-000 | | | 15,475.45 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.16 | 15,454.29 |
| 08/30/16 | | Allegiant Financial Advisors LLC | Payment #8-9; court ordered (ECF#54) | | 750.00 | | 16,204.29 |
| | {8} | | Allocation Asset #8 $76.71 | 1241-000 | | | 16,204.29 |
| | {8} | | Allocation Asset #8 $76.71 | 1241-000 | | | 16,204.29 |
| | {9} | | Allocation Asset #9 $279.17 | 1241-000 | | | 16,204.29 |
| | {9} | | Allocation Asset #9 $279.17 | 1241-000 | | | 16,204.29 |
| | {10} | | Allocation Asset #10 $19.12 | 1241-000 | | | 16,204.29 |
| | {10} | | Allocation Asset #10 $19.12 | 1241-000 | | | 16,204.29 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.41 | 16,179.88 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.20 | 16,156.68 |
| 10/05/16 | | Allegiant Securities | Payment #10; court ordered (ECF #54) | | 375.00 | | 16,531.68 |
| | {8} | | Allocation Asset #8 $76.71 | 1241-000 | | | 16,531.68 |
| | {9} | | Allocation Asset #9 $279.17 | 1241-000 | | | 16,531.68 |
| | {10} | | Allocation Asset #10 $19.12 | 1241-000 | | | 16,531.68 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.83 | 16,508.85 |
| 11/21/16 | | Allegiant Financial Advisors, LLC | Payment #11; court ordered (ECF #54) | | 375.00 | | 16,883.85 |
| | {8} | | Allocation Asset #8 $76.71 | 1241-000 | | | 16,883.85 |
| | {9} | | Allocation Asset #9 $279.17 | 1241-000 | | | 16,883.85 |
| | {10} | | Allocation Asset #10 | 1241-000 | | | 16,883.85 |

Page Subtotals:   $1,500.00   $91.60

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 13-13408-BKC-RAM | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | ALLEGIANT SECURITIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2408 | Account #: | ******8466 Checking Account |
| For Period Ending: | 02/01/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $19.12 | | | | |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.42 | 16,858.43 |
| 12/20/16 | | Allegiant Financial Advisors LLC | Payment #12; court ordered (ECF #54) | | 375.00 | | 17,233.43 |
| | {8} | | Asset Allocation #8  $76.71 | 1241-000 | | | 17,233.43 |
| | {9} | | Asset Allocation #9  $279.16 | 1241-000 | | | 17,233.43 |
| | {10} | | Asset Allocation #10  $19.13 | 1241-000 | | | 17,233.43 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.36 | 17,209.07 |
| 01/23/17 | | Allegiant Financial Advisors LLC | Payment #13; court ordered (ECF #54) | | 500.00 | | 17,709.07 |
| | {8} | | Asset Allocation #8  $102.27 | 1241-000 | | | 17,709.07 |
| | {9} | | Asset Allocation #9  $372.23 | 1241-000 | | | 17,709.07 |
| | {10} | | Asset Allocation #10  $25.50 | 1241-000 | | | 17,709.07 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.58 | 17,682.49 |
| 02/16/17 | | Allegiant Financial Advisors LLC | Payment #14; court ordered (ECF #54) | | 500.00 | | 18,182.49 |
| | {8} | | Asset Allocation #8  $102.27 | 1241-000 | | | 18,182.49 |
| | {9} | | Asset Allocation #9  $372.23 | 1241-000 | | | 18,182.49 |
| | {10} | | Asset Allocation #10  $25.50 | 1241-000 | | | 18,182.49 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.02 | 18,158.47 |
| 03/22/17 | | Allegiant Financial Advisors, LLC | Payment #15; court ordered (ECF #54) | | 500.00 | | 18,658.47 |
| | {8} | | Asset Allocation #8  $102.27 | 1241-000 | | | 18,658.47 |
| | {9} | | Asset Allocation #9 | 1241-000 | | | 18,658.47 |

Page Subtotals:    $1,875.00    $100.38

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 5

| Case No.: | 13-13408-BKC-RAM | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | ALLEGIANT SECURITIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2408 | Account #: | ******8466 Checking Account |
| For Period Ending: | 02/01/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $372.23 | | | | |
| | {10} | | Asset Allocation #10 $25.50 | 1241-000 | | | 18,658.47 |
| 03/22/17 | | Allegiant Financial Advisor, LLc | Deposit Reversal: Payment #15, Court Ordered (ECF #54) | | -500.00 | | 18,158.47 |
| | {8} | | Deposit in Error -$102.27 | 1241-000 | | | 18,158.47 |
| | {9} | | Deposit in Error -$0.01 | 1241-000 | | | 18,158.47 |
| | {9} | | Deposit in Error -$372.22 | 1241-000 | | | 18,158.47 |
| | {10} | | Deposit in Error -$25.50 | 1241-000 | | | 18,158.47 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.98 | 18,131.49 |
| 04/28/17 | | Bankruptcy Estate of Dennis Flanagan | Payment #15; court ordered (ECF #54) | | 500.00 | | 18,631.49 |
| | {8} | | Asset Allocation #8 $102.27 | 1241-000 | | | 18,631.49 |
| | {9} | | Asset Allocation #9 $372.23 | 1241-000 | | | 18,631.49 |
| | {10} | | Asset Allocation #10 $25.50 | 1241-000 | | | 18,631.49 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.34 | 18,607.15 |
| 05/16/17 | | Allegiant Financial Advisors LLC | Payment #16; court ordered (ECF #54) | | 1,000.00 | | 19,607.15 |
| | {8} | | Asset Allocation #8 $102.28 | 1241-000 | | | 19,607.15 |
| | {8} | | Asset Allocation #8 $102.28 | 1241-000 | | | 19,607.15 |
| | {9} | | Asset Allocation #9 $372.22 | 1241-000 | | | 19,607.15 |
| | {9} | | Asset Allocation #9 $372.22 | 1241-000 | | | 19,607.15 |
| | {10} | | Asset Allocation #10 $25.50 | 1241-000 | | | 19,607.15 |
| | | | Page Subtotals: | | $1,000.00 | $51.32 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 13-13408-BKC-RAM | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | ALLEGIANT SECURITIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2408 | Account #: | ******8466 Checking Account |
| For Period Ending: | 02/01/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {10} | | Asset Allocation #10 $25.50 | 1241-000 | | | 19,607.15 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.15 | 19,577.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.15 | 19,548.85 |
| 07/12/17 | | Allegiant Financial Advisors LLC | Payment #17; court ordered (ECF #54) | | 1,000.00 | | 20,548.85 |
| | {8} | | Asset Allocation #8 $102.28 | 1241-000 | | | 20,548.85 |
| | {8} | | Asset Allocation #8 $102.28 | 1241-000 | | | 20,548.85 |
| | {9} | | Asset Allocation #9 $372.22 | 1241-000 | | | 20,548.85 |
| | {9} | | Asset Allocation #9 $372.22 | 1241-000 | | | 20,548.85 |
| | {10} | | Asset Allocation #10 $25.50 | 1241-000 | | | 20,548.85 |
| | {10} | | Asset Allocation #10 $25.50 | 1241-000 | | | 20,548.85 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.99 | 20,520.86 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.46 | 20,488.40 |
| 09/05/17 | | Allegiant Financial Advisors LLC | Payment #18; court ordered (ECF #54) | | 1,000.00 | | 21,488.40 |
| | {8} | | Asset #8 $102.27 | 1241-000 | | | 21,488.40 |
| | {8} | | Asset #8 $102.28 | 1241-000 | | | 21,488.40 |
| | {8} | | Asset #8 $0.00 | 1241-000 | | | 21,488.40 |
| | {9} | | Asset #9 $0.01 | 1241-000 | | | 21,488.40 |
| | {9} | | Asset #9 $372.21 | 1241-000 | | | 21,488.40 |
| | {9} | | Asset #9 $372.22 | 1241-000 | | | 21,488.40 |
| | {9} | | Asset #9 | 1241-000 | | | 21,488.40 |
| | | | Page Subtotals: | | $2,000.00 | $118.75 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| Case No.: | 13-13408-BKC-RAM | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | ALLEGIANT SECURITIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2408 | Account #: | ******8466 Checking Account |
| For Period Ending: | 02/01/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $0.00 | | | | |
| | {10} | | Asset #10 $25.50 | 1241-000 | | | 21,488.40 |
| | {10} | | Asset #10 $25.50 | 1241-000 | | | 21,488.40 |
| | {10} | | Asset #10 $0.01 | 1241-000 | | | 21,488.40 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.63 | 21,458.77 |
| 10/23/17 | | Allegiant Financial Advisors LLC | Payment #19; court ordered (ECF #54) | | 1,000.00 | | 22,458.77 |
| | {10} | | Asset #10 $51.01 | 1241-000 | | | 22,458.77 |
| | {8} | | Asset #8 $204.55 | 1241-000 | | | 22,458.77 |
| | {9} | | Asset #9 $744.44 | 1241-000 | | | 22,458.77 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.30 | 22,425.47 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.25 | 22,393.22 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.13 | 22,362.09 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.37 | 22,326.72 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.97 | 22,296.75 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.07 | 22,264.68 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.95 | 22,233.73 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.18 | 22,198.55 |
| 08/28/18 | 101 | Barry Mukamal | Combined trustee compensation & expense dividend payments. | | | 1,505.70 | 20,692.85 |
| | | | Claims Distribution - Thu, 07-26-2018 $1,483.61 | 2100-000 | | | 20,692.85 |
| | | | Claims Distribution - Thu, 07-26-2018 | 2200-000 | | | 20,692.85 |

Page Subtotals: $1,000.00    $1,795.55

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| Case No.: | 13-13408-BKC-RAM | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | ALLEGIANT SECURITIES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2408 | Account #: | ******8466 Checking Account |
| For Period Ending: | 02/01/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $22.09 | | | | |
| 08/28/18 | 102 | Clerk of the Court | Distribution payment - Dividend paid at 100.00% of $1,702.51; Claim # ; Filed: $3,500.00 Voided on 09/04/2018 | 2700-000 | | 1,702.51 | 18,990.34 |
| 08/28/18 | 103 | KapilaMukamal, LLP | Distribution payment - Dividend paid at 100.00% of $1,074.33; Claim # ; Filed: $2,208.60 | 3310-000 | | 1,074.33 | 17,916.01 |
| 08/28/18 | 104 | KapilaMukamal, LLP | Distribution payment - Dividend paid at 100.00% of $9.25; Claim # ; Filed: $19.02 | 3320-000 | | 9.25 | 17,906.76 |
| 08/28/18 | 105 | James B. Miller PA | Distribution payment - Dividend paid at 100.00% of $14,592.89; Claim # ; Filed: $30,000.00 | 3210-000 | | 14,592.89 | 3,313.87 |
| 08/28/18 | 106 | James B. Miller PA | Distribution payment - Dividend paid at 100.00% of $952.28; Claim # ; Filed: $1,957.70 | 3220-000 | | 952.28 | 2,361.59 |
| 08/28/18 | 107 | Marcum LLP | Distribution payment - Dividend paid at 100.00% of $1,161.59; Claim # ; Filed: $2,388.00 | 3410-000 | | 1,161.59 | 1,200.00 |
| 08/28/18 | 108 | Mark Kollar | Distribution payment - Dividend paid at 7.28% of $2,500.00; Claim # ECF 59; Filed: $2,500.00 | 7100-000 | | 181.92 | 1,018.08 |
| 08/28/18 | 109 | Peter L. Borowski | Distribution payment - Dividend paid at 7.28% of $10,990.48; Claim # 1-1; Filed: $10,990.48 | 7100-000 | | 799.77 | 218.31 |
| 08/28/18 | 110 | Department Of The Treasury | Distribution payment - Dividend paid at 7.28% of $3,000.00; Claim # 2-1; Filed: $3,000.00 | 7100-000 | | 218.31 | 0.00 |
| 08/31/18 | | Clerk of the Court | Distribution payment - Dividend paid at 100.00% of $1,702.51; Claim # ; Filed: $3,500.00 | 2700-000 | | 1,702.51 | -1,702.51 |
| 09/04/18 | 102 | Clerk of the Court | Distribution payment - Dividend paid at 100.00% of $1,702.51; Claim # ; Filed: $3,500.00 Voided on 09/04/2018 | 2700-000 | | -1,702.51 | 0.00 |
| | | **COLUMN TOTALS** | | | 23,000.00 | 23,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 23,000.00 | 23,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $23,000.00 | $23,000.00 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 9

| | |
|---|---|
| **Case No.:** | 13-13408-BKC-RAM |
| **Case Name:** | ALLEGIANT SECURITIES, LLC |
| **Taxpayer ID #:** | **-***2408 |
| **For Period Ending:** | 02/01/2019 |

| | |
|---|---|
| **Trustee Name:** | Barry Mukamal (290830) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8466 Checking Account |
| **Blanket Bond (per case limit):** | $56,290,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $23,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $23,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8466 Checking Account | $23,000.00 | $23,000.00 | $0.00 |
| | **$23,000.00** | **$23,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)